

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2021

No. 04-21-00041-CV

**IN RE** Luis E. **SIFUENTES**

# O R D E R

Sitting:       Rebeca C. Martinez, Chief Justice
                 Beth Watkins, Justice
                 Liza A. Rodriguez, Justice

Relator's emergency motion is granted in part. Having reviewed the petition for writ of mandamus, this court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondents may file a response to the petition in this court **no later than Friday, February 12, 2021, at 12:00pm.** Any such response must conform to Texas Rule of Appellate Procedure 52.4. Relator's emergency request to order respondents "not to conduct a drawing for ballot positions and not to move forward with the printing and programming of ballots for the General Election" is held in abeyance pending further order of this court.

It is so **ORDERED** on February 9, 2021.

**PER CURIAM**

ATTESTED TO: _____
                  MICHAEL A. CRUZ,
                  CLERK OF COURT